SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WEN LIANG, <br><br>        Plaintiff, <br><br>    v. <br><br>ALBERTO GONZALES, United States Attorney General, United States Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigations; <br><br>        Defendants. | No. C 07-1512 JCS <br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANT MUST FILE AN ANSWER** |

    Plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will file their answer on or before June 18, 2007.

///

///

Stip. to Extend Time
C 07-1512 JCS

| | |
|---|---|
| 1  Dated: May 18, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS |
|   | United States Attorney |
| 3 | |
| 4 | |
| 5 | EDWARD A. OLSEN |
|   | Assistant United States Attorney |
| 6 | Attorneys for Defendants |
| 7 | |
| 8 | |
| 9  Date: May 18, 2007 | JUSTIN FOK |
|   | Attorney for Plaintiff |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  May 21, 2007

JCS
United States Magistrate Judge

*Judge Joseph C. Spero*

Stip. to Extend Time
C 07-1512 JCS