```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEN LIANG,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, United States Attorney General, United States Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigations;<br><br>    Defendants. | No. C 07-1512 JCS<br><br>**STIPULATION TO DISMISS and [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C 07-1512 JCS

| | | |
|---|---|---|
| 1 | Dated: May 23 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Date: May ___, 2007 | JUSTIN FOK<br>Attorney for Plaintiff |

*/s/ for signature* (handwritten above Justin Fok signature line)

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

JOSEPH C. SPERO
United States Magistrate Judge

Stip. to Dismiss
C 07-1512 JCS

| | | |
|---|---|---|
| 1 | Dated: May ___, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____<br>EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Date: May 23, 2007 | JUSTIN FOK |
| | | Attorney for Plaintiff |

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 25, 2007

JOSEPH C. SPERO
United States Magistrate Judge

*Judge Joseph C. Spero*

Stip. to Dismiss
C 07-1512 JCS